# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SIGNATURE INVESTMENTS II LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Corporation, and an independent Licensee of Blue Cross and Blue Shield Association, an Illinois Corporation,<br><br>Defendant. | ) | Case No. 25-cv-15470 |

**DECLARATION OF RAYNALD REVOLUS**

I, Raynald Revolus, being first duly sworn under oath, state under penalty of perjury that the following facts are true and correct to the best of my personal knowledge and belief, and if called upon to do so, I would testify competently thereto:

1. I am over 21 years of age and competent to give this declaration. I make this declaration based on my personal knowledge of the matters set forth herein.

2. I am a Senior Paralegal at Health Care Service Corporation ("HCSC"). I have worked at HCSC, and held this position, since November 11, 2024.

3. As part of my role as Senior Paralegal at HCSC, I assist with complex litigation, including tracking lawsuits and legal demands, and responding to discovery and subpoenas.

4. As part of my role as Senior Paralegal at HCSC, I identify and track whether and when HCSC is served with process for federal and state court actions.

5. As of December 19, 2025, at 10:48 a.m., HCSC was not served with a copy of the process filed with the Circuit Court of Cook County, Illinois, for cause of action *Signature*

*Investments II LLC v. Blue Cross and Blue Shield of Illinois, a division of Health Care Service Corporation, a Mutual Legal Reserve Corporation, and an independent Licensee of Blue Cross and Blue Shield Association, an Illinois Corporation,* Case No. 2025L015344.

**VERIFICATION**

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of December, 2025 in the United States.

Raynald Revolus