# EXHIBIT I

PART II AND III 2 hlttcircular.htm PART II AND III

As submitted to the Securities and Exchange Commission on March 8, 2021

**PART II – INFORMATION REQUIRED IN OFFERING CIRCULAR**

<span style="color:red">**Preliminary Offering Circular dated March 8, 2021**

**An Offering Statement pursuant to Regulation A relating to these securities has been filed with the Securities and Exchange Commission. Information contained in this Preliminary Offering Circular is subject to completion or amendment. These securities may not be sold nor may offers to buy be accepted before the Offering Statement filed with the Commission is qualified. This Preliminary Offering Circular shall not constitute an offer to sell or the solicitation of an offer to buy nor may there be any sales of these securities in any state in which such offer, solicitation or sale would be unlawful before registration or qualification under the laws of any such state. We may elect to satisfy our obligation to deliver a Final Offering Circular by sending you a notice within two business days after the completion of our sale to you that contains the URL where the Final Offering Circular or the Offering Statement in which such Final Offering Circular was filed may be obtained.**</span>

**Healthtech Solutions, Inc.**
90 Broad Street, 16th Floor
New York, New York 10004
Phone: 844-926-3399

**Offering Total: $75,000,000
Up to a Maximum of 1,500,000 Series B Preferred Shares
Offering Price of $50.00 per Share***

This is the public offering of securities of Healthtech Solutions, Inc., a Utah corporation. We are offering a maximum of 1,500,000 shares (the "Offered Shares") of our Series B Preferred Stock, par value $0.001 per share ("Series B Shares"), at an offering price of $50.00 per share. This Offering will terminate on the earlier of the second anniversary of the day the Offering is qualified (subject to extension for up to thirty (30) days), the date on which the maximum offering amount is sold, or the date on which the Company terminates the Offering (such earlier date being the "Termination Date"). The minimum purchase requirement per investor is 500 Offered Shares ($25,000); however, we can waive the minimum purchase requirement on a case-by-case basis in our sole discretion.

**These securities are speculative securities. Investment in the Company's stock involves significant risk. You should purchase these securities only if you can afford a complete loss of your investment. See the "<u>Risk Factors</u>" section on page 7 of this Offering Circular.**

**No Escrow.** There is no minimum amount of proceeds that must be received before the Company will accept subscriptions. Therefore, the proceeds of this offering will not be placed in an escrow account. Subscriptions are irrevocable and the purchase price is non-refundable. Upon the acceptance by the Company of any subscription to this Offering, the Company shall immediately deposit the subscription amount into the Company's account and may dispose of the proceeds in accordance with the Use of Proceeds.

Sale of these shares will commence within two calendar days of the qualification date and there will be a continuous Offering pursuant to Rule 251(d)(3)(i)(F). The Series B Shares will be sold for cash. In addition, the Company (a) will allow investors who have acquired convertible debentures issued by the Company to apply the principal and accrued interest of the debentures to purchase shares in this Offering, and (b) will allow certain entities with whom the Company has contracts for services to apply amounts due under such contracts to purchase shares in this Offering.

This Offering will be conducted on a "best-efforts" basis, which means our Officers will use their commercially reasonable best efforts in an attempt to offer and sell the Shares. Our Officers will not receive any commission or any other remuneration for these sales.

This Offering Circular shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sales of these securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful, prior to registration or qualification under the laws of any such state.

The Company is using the Offering Circular format for its disclosure in this Offering Circular.

4. media distribution to a large social media audience; and

5. an array of corporate communications focused on the IBN Podcast Series.

The Company's success in marketing its developments in software or therapeutic devices and methodologies will be dependent on the Company's application of the most effective commercialization opportunities for efficiently generating sales. Possible alternatives include licensing a specific device or therapy to a national or specialty healthcare and marketing organization, a joint venture with strategic partners, establishing an independent marketing and sales team focused on direct sales through strategic healthcare delivery outlets, and using healthcare-focused social media. Management intends to carefully review the alternatives in order to make an informed choice among the array of potential approaches to marketing.

*Employees*

Healthtech Solutions currently has two full-time employees: the President of Healthtech Solutions and the Chief Research Officer for its subsidiary, Medi-Scan. They are assisted by fourteen hourly consultants, all of whom work for Medi-Scan on a part time basis.

*Property*

Healthtech Solutions' executive offices are located at 90 Broad Street, 16th Floor, New York, New York. The offices are provided by our CEO free-of-charge. Medi-Scan's executive offices are located at 801 NE 167 St., Suite 306, North Miami Beach, Florida. The offices are provided by a member of our Board of Directors, free of charge.

## MANAGEMENT

| Name | Position | Age | Term of Office | Hours per month[1] |
|---|---|---|---|---|
| **Executive Officers** | | | | |
| David Rubin | CEO | 44 | Sept. 2020 - present | 60 |
| Manuel Iglesias | President (COO) | 66 | Sept. 2020 - present | F.T. |
| Robert Brantl | Secretary | 67 | July 2018 - present | < 1 |
| **Directors** | | | | |
| David Rubin | Director | 44 | Sept. 2020 - present | N.A. |
| Manuel Iglesias | Director | 65 | Sept. 2020 - present | N.A. |
| Denis Kleinfeld | Director | 74 | Sept. 2020 - present | N.A. |
| **Significant Employees** | | | | |
| Richard F. Parker | Chief Research Officer (Medi-Scan) | 78 | Dec. 2018 - present | F.T. |

(1) Represents approximately the average number of hours per month that the officer or significant employee works on the Company's business. "F.T." indicates full-time employment by the Company.

**Business Experience**. Information concerning the directors, officers and key employees of the Corporation follows.

**David Rubin.** In May 2020, Mr. Rubin was appointed to serve as Chairman and CEO of Medi-Scan, Inc., which became the operating subsidiary of Healthtech Solutions in September 2020. Mr. Rubin was chosen by the investors in Medi-Scan to lead its development because of his successful career in building a multi-faceted financial services business and nurturing numerous other businesses, both medical industry and other. In his early 20's, Mr. Rubin began his professional career in the securities brokerage industry. The companies he worked with became the subject of SEC investigations, and in 2002 and 2004 Mr. Rubin consented to the entry of injunctions barring him from future violation of federal securities laws. Mr. Rubin also consented to SEC administrative orders barring him from association with a broker-dealer. Mr Rubin thereupon educated himself regarding the financial services industry, and in 2010 organized a company now known as eProdigy Financial, LLC. During the ten years in which Mr. Rubin has owned and managed eProdigy, it has engaged successfully in providing a variety of financial services, including development of a leading platform for processing commercial loans, which serves both the eProdigy loan portfolio as well as numerous other lenders. Another division of eProdigy provides ACH remittance services for a large number of financial institutions. Mr. Rubin has assisted in the management of a variety of business enterprises. At the present time, he serves as a managing member of LTC Docs, LLC and as a managing member of the Queens Endovascular Center, both of which provide medical care to the public. He also serves as an affiliate of Airo Capital Management in connection with its sponsorship of a mixed use residential and commercial property development in Baltimore, and is the Executive Producer of <u>The Performance</u>, a movie in production based on a short story by Arthur Miller. The Board of Directors of Healthtech Solutions believes that Mr. Rubin's success in his business ventures during the past decade gives him experience that can be applied directly to the challenge of developing a portfolio of high-tech medical devices within Healthtech Solutions.

**Manuel Iglesias.** Mr. Iglesias participated in the organization of Medi-Scan in 2018, and has served as its Chief Operating Officer since that time. Mr. Iglesias has practiced law since 1980, most recently (since 2009) as sole member of Manuel E. Iglesias P.A. Mr. Iglesias' practice focuses on business law, mergers and acquisitions, securities and health care. From 2007 until May 2018 Mr. Iglesias served as President, CEO and a member of the Board of Directors of Hygea Holdings Corp., which provided primary care medical services. From 2012 until 2016, Hygea Holdings Corp. filed reports with the Securities and Exchange Commission pursuant to Section 15(d) of the Securities Exchange Act. In March of 2020, twenty-two months after Mr. Iglesias resigned from its management, Hygea Holdings Corp. petitioned for relief under Chapter 11 of the U.S. Bankruptcy Code. From 2017 to 2019 Mr. Iglesias also served on the Board of Directors of Organicell Regenerative Medicine Inc., which files reports pursuant to Section 12(g) of the Securities Exchange Act. Mr. Iglesias served as the National Chairman of the Republican National Lawyers Association from December 2018 to December 2020. Mr. Iglesias was awarded an MBA degree by the University of Chicago in 1981 and a J.D. degree by the University of Chicago in 1979. Mr. Iglesias also received a Bachelor Degree in Foreign Service from the Georgetown University School of Foreign Service in 1976.

**Denis Kleinfeld.** Mr. Kleinfeld participated in the organization of Medi-Scan in 2018, and has served as its general counsel since that time. Mr. Kleinfeld has practiced law since 1970, most recently (since 2016) as the sole member of Kleinfeld Legal Advisors. Mr. Kleinfeld's practice focuses on matters of international tax and estate planning law. Since 1990 Mr. Kleinfeld has co-authored several treatises, published over 120 articles on matters of estate and tax planning, and been a frequent speaker at professional seminars. Mr. Kleinfeld was awarded a J.D. degree by the Loyola University of Chicago School of Law in 1970.

**Robert Brantl.** Mr. Brantl served as the sole officer and director of Healthtech Solutions from July 2017 until September 4, 2020. Since 1980, Mr. Brantl has been employed as an attorney, licensed to practice law in the State of New York. He has been a sole practitioner, specializing in matters of securities regulation and corporate finance, since 1998. Mr. Brantl was awarded a J.D. degree by the Harvard Law School in 1979.

**Richard F. Parker.** Mr. Parker has served as Chief Research Officer for Medi-Scan since 2018. Prior to joining Medi-Scan, Mr. Parker had been employed as an engineer and business executive for 37 years, most recently as President and then Chief Technology Officer of CytoWave LLC. During the past twenty years Mr. Parker has participated in the research and development of equipment based on electro-magnetic wave forms providing therapies for treating bone and tissue injuries. He has published numerous papers on that topic. Mr. Parker was awarded a M.S.E.E. degree by the Georgia Institute of Technology in 1971.

*Term of Office*

Directors hold office until the annual meeting of the Corporation's stockholders and the election and qualification of their successors. Officers hold office, subject to removal at any time by the Board, until the meeting of directors immediately following the annual meeting of stockholders and until their successors are appointed.