UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIGNATURE INVESTMENTS II LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 25-cv-15470 |
| BLUE CROSS AND BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Corporation, and an independent Licensee of Blue Cross and Blue Shield Association, an Illinois Corporation, | ) ) ) ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION TO FILE EXHIBITS UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 7(b) and 15(a)(2), Local Rules 5.7, 5.8, and 26.2, Defendant Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Corporation, and an independent Licensee of Blue Cross and Blue Shield Association, an Illinois Corporation, ("Defendant") respectfully moves the Court for the entry of an order permitting Defendant to file Exhibit K-Exhibit A and Exhibit K-Exhibit B to the Declaration of Jason P. Stiehl in support of Defendant's Notice of Removal under seal.

In support of this Motion, Defendant states as follows:

1. Exhibit K-Exhibit A contains a confidentiality clause at Article IV prohibiting disclosure to outside parties.

2. Exhibit K-Exhibit B also contains a confidentiality clause at paragraph four prohibiting disclosure to outside parties.

WHEREFORE, Defendant respectfully requests the Court enter an Order granting Defendant's Motion to File Exhibit K-Exhibit A and Exhibit K-Exhibit B under seal.

Dated: December 19, 2025            Respectfully submitted,

    By: /s/ *Jason P. Stiehl*
Jason P. Stiehl
Martin J. Bishop
**CROWELL & MORING LLP**
300 N. LaSalle St., Ste. 2500
Chicago, Illinois 60601
jstiehl@crowell.com
mbishop@crowell.com
T: 312.321.4200

*Attorneys for Defendant*
*Health Care Service Corporation*

## **CERTIFICATE OF SERVICE**

I herby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the ECF System, which will send notice to all counsel of record in this lawsuit. I hereby certified that I served a true and correct copy of the foregoing via electronic mail to the following counsel of record.

Thomas P. Yardley
Christine R. Walsh
Buchalter P.C.
180 N. LaSalle Street
Chicago, Illinois 60601
(312) 456-0184
tyardley@buchalter.com
cwalsh@buchalter.com
docket@buchalter.com

/s/ *Jason P. Stiehl*
Jason P. Stiehl