IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SIGNATURE INVESTMENTS II, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 25-cv-15470 |
| BLUE CROSS AND BLUE SHIELD OF ILLINOIS, | § § § | |
| Defendant. | § § § | |

## JOINT INITIAL STATUS REPORT

Plaintiff, Signature Investments II, LLC ("Plaintiff"), and Blue Cross and Blue Shield of

Illinois ("Defendant") (Plaintiff and Defendant, collectively the "Parties"), by and through their

respective counsel, now jointly submit the following Joint Initial Status Report per Dkt# 14:

### A. Status of Arbitration

Plaintiff initiated arbitration on March 19, 2026 with the American Arbitration Association ("AAA").

Defendant filed its Answering Statement on April 21, 2026.

On April 27, 2026, the AAA circulated proposed panelists.

The parties are in the process of selecting an arbitrator. Once the arbitrator is selected, the AAA will set an initial case management date where the Parties anticipate the schedule for the arbitration will be determined.

Dated: May 11, 2026                                  Respectfully submitted,

| Signature | Blue Cross and Blue Shield |
|---|---|
| By:/s/ Kendall E. Woods | By:/s/ Jason Stiehl |
| Kendall E. Woods Buchalter LLP 180 N. LaSalle St. Ste. 2300 Chicago, Illinois 60601 | Jason Stiehl Crowell & Moring LLP 300 N. LaSalle Dr., Ste. 2500 Chicago, Illinois 60654 |

1

4910-8206-3274, v. 1