IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SIGNATURE INVESTMENTS II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Corporation, and an independent Licensee of Blue Cross and Blue Shield Association, an Illinois Corporation,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 25-cv-15470 |

**JOINT STATUS REPORT**

Plaintiff, Signature Investments II, LLC ("Plaintiff"), and Blue Cross and Blue Shield of Illinois, a division of Health Care Service Corporation ("Defendant") (Plaintiff and Defendant, collectively the "Parties"), by and through their respective counsel, now jointly submit the following Joint Initial Status Report per Dkt# 16:

**A. Status of Arbitration**

Plaintiff initiated arbitration on March 19, 2026 with the American Arbitration Association ("AAA").

Defendant filed its Answering Statement on April 21, 2026.

On June 17, 2026, the parties and arbitrator conducted the preliminary scheduling call. The parties and arbitrator agreed to the filing of initial motions to determine if there are any issues that can be summarily determined at the outset of the arbitration. Prior to filing the motions, the parties are engaging in limited discovery.

Based on the most current order from the Arbitrator, a protective order is to be submitted regarding the exchange of discovery on or before September 15. Thereafter, the parties will exchange documents within 3 business days, opening briefs are due 7 business days thereafter, opposition briefs are due 28 days

thereafter, and replies are due 21 days thereafter. Once the Arbitrator makes a ruling on the motions, the remaining dates for the arbitration will be scheduled if there remain open issues.

Dated: September 9, 2026

Respectfully submitted,

| | |
|---|---|
| Signature<br><br>By:/s/ Kendall E. Woods<br><br>Kendall E. Woods<br>Buchalter LLP<br>180 N. LaSalle St. Ste. 2300<br>Chicago, Illinois 60601 | Blue Cross and Blue Shield of Illinois, a division of Health Care Service Corporation<br><br>By:/s/ Neil Nandi<br><br>Neil Nandi (motion to substitute pending)<br>Crowell & Moring LLP<br>300 N. LaSalle Dr., Ste. 2500<br>Chicago, Illinois 60654 |